IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN THE MATTER OF:

CASE NO. 05-12663 GAC

JOSE L ROSARIO VAZQUEZ

Chapter 13

XXX-XX-8092

FILED & ENTERED ON 2/8/2006

Debtor(s)

O R D E R

Debtor's answer to the motion to dismiss (docket #11) is DENIED; debtor(s) to pay all arrears in thirty (30) days and file evidence of payment, or motion to dismiss/convert (docket #9) will be granted without further proceedings.

The Clerk shall notify all parties in interest.

SO ORDERED.

San Juan, Puerto Rico, this 08 day of February, 2006.

GERARDO  CARLO ALTIERI
U.S. Bankruptcy Judge

CC:    DEBTOR
       VICTOR  THOMAS SANTIAGO
       ALEJANDRO  OLIVERAS RIVERA
       F/UP